IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DYWANE TOUSANT,

    Petitioner,

    v.

ISRAEL JACQUEZ, WARDEN,

    Respondent.

Case No. 3:23-cv-01109-YY

ORDER

YOU, Magistrate Judge

    The Court GRANTS Petitioner's Unopposed Motion for Voluntary Dismissal (ECF No. 17).

    IT IS SO ORDERED.

    DATED this  19th  day of March, 2024.

/s/ Youlee Yim You
Youlee Yim You
United States Magistrate Judge

1 - ORDER